# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFESSIONAL SOLUTIONS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. CARDOT, et al.,<br><br>Defendants. | Case No.  1:19-cv-01605-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFF TO EITHER FILE REQUEST FOR ENTRY OF DEFAULT OR SHOW CAUSE WHY DEFENDANT COLEMAN & HOROWITT LLP SHOULD NOT BE DISMISSED FROM THIS ACTION FOR FAILURE TO PROSECUTE<br><br>(ECF No. 9) |

Professional Solutions Insurance Company ("Plaintiff") filed this action against John M. Cardot and Coleman & Horowitt LLC (collectively "Defendants") on November 8, 2019.  (ECF No. 1.)  On February 11, 2020, Plaintiff was ordered to either file proof of service on Defendants or a show cause why this action should not be dismissed for failure to serve in compliance with Rule 4(m) of the Federal Rules of Civil Procedure.  On February 14, 2020, Plaintiff filed a response and waivers of service executed by Defendants.

According to the waivers of service, a responsive pleading was due within sixty days of February 14, 2020.  Defendant Cardot filed an answer to the complaint on March 31, 2020.  More than sixty days have passed and there has been no responsive pleading filed by Defendant Coleman & Horowitt LLC nor has Defendant Coleman & Horowitt LLC been granted an extension of time to respond.

Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). Here, Defendant Coleman & Horowitt LLC's failure to appear is evident on review of the docket in this matter.

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall either file a request for entry of default against Defendant Coleman & Horowitt LLC or show cause in writing why Defendant Coleman & Horowitt LLC should not be dismissed from this action based on Plaintiff's failure to prosecute. Failure to comply with this order will result in the recommendation that Defendant Coleman & Horowitt LLC be dismissed from this action for Plaintiff's failure to prosecute.

IT IS SO ORDERED.

Dated:   **April 21, 2020**

UNITED STATES MAGISTRATE JUDGE