# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFESSIONAL SOLUTIONS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. CARDOT, et al.,<br><br>Defendants. | Case No.  1:19-cv-01605-NONE-SAB<br><br>ORDER VACATING APRIL 22, 2020 ORDER REQUIRING PLAINTIFF TO EITHER FILE ENTRY OF DEFAULT OR SHOW CAUSE WHY DEFENDANT COLEMAY&HOROWITT, LLC SHOULD NOT BE DISMISSED FROM THIS ACTION FOR FAILURE TO PROSECUTE<br><br>(ECF No. 11) |

On April 22, 2020, an order was filed requiring Plaintiff Professional Solutions Insurance Company to either file a request for entry of default against Defendant Coleman & Horowitt LLP or show cause why Defendant Coleman & Horowitt LLP should not be dismissed form this action for failure to prosecute.  On April 23, 2020, Defendant Coleman & Horowitt LLP filed an answer to the complaint.

As Defendant Coleman & Horowitt LLP has now filed a response to the complaint, the April 22, 2020 order requiring Plaintiff to either file a request for entry of default or show cause why Defendant Coleman & Horowitt LLP should not be dismissed form this action for failure to prosecute is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **April 24, 2020**

UNITED STATES MAGISTRATE JUDGE

1