UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| PROFESSIONAL SOLUTIONS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN M. CARDOT, et al.,<br><br>Defendants. | Case No.  1:19-cv-01605-NONE-SAB<br><br>ORDER RE STIPULATION TO MOVE DATE OF SCHEDULING CONFERENCE<br><br>(ECF No. 14) |

Pursuant to the stipulation of the parties, the Scheduling Conference scheduled for May 19, 2020, at 11:30 a.m., in Courtroom 9, is HEREBY CONTINUED to **June 23, 2020, at 11:00 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated:   **May 13, 2020**

UNITED STATES MAGISTRATE JUDGE

1