# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFESSIONAL SOLUTIONS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. CARDOT, et al.,<br><br>Defendants. | Case No. 1:19-cv-01605-NONE-SAB<br><br>ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 17) |

On June 16, 2020, the parties filed a stipulated request to continue the scheduling conference in this matter. (ECF No. 17.)

Accordingly, IT IS HEREBY ORDERED that:

1. The mandatory scheduling conference is CONTINUED to **July 28, 2020 at 3:00 p.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the continued date.

IT IS SO ORDERED.

Dated: **June 16, 2020**

UNITED STATES MAGISTRATE JUDGE

1