# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFESSIONAL SOLUTIONS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. CARDOT, et al.,<br><br>Defendants. | Case No. 1:19-cv-01605-NONE-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 25) |

On September 10, 2018, a stipulation was filed dismissing this action. (ECF No. 25.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to assign a district judge to this case for the purpose of closing the case and then to adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **May 20, 2021**

UNITED STATES MAGISTRATE JUDGE

1